

Entered on Docket
October 25, 2011

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
J. TAYLOR OBLAD, Esq.
Nevada Bar No. 11430
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | BK-S-11-22936-MKN |
|---|---|
| ROBERTO GALVAN, and CONSUELO GALVAN, | Chapter 13 |
| Debtors. | |

**ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO SECTION 521(i)**

As the above-captioned Debtors have not complied with 11 U.S.C § 521(i) in that the Debtors have not filed Schedules A through J. The Debtors have also failed to file the Statement of Financial Affairs. The 45 day period expired on September 30, 2011.

///

///

///

1    **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is

2    DISMISSED for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3    DATED this 21st day of October, 2011.

5    Submitted by:

7    J. TAYLOR OBLAD, ESQ.
      Nevada Bar No. 11430
8    701 Bridger Ave., Suite 820
      Las Vegas, NV 89101
9    Attorney for RICK A. YARNALL,
      Chapter 13 Bankruptcy Trustee